1 DAVID A. ROSENFELD, Bar No. 058163
WEINBERG, ROGER & ROSENFELD
2 A Professional Corporation
1001 Marina Village Parkway
3 Alameda, California 94501
Telephone (510) 337-1001
4 Fax (510) 337-1023

5 Attorneys for Petitioner

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 PAINTERS DISTRICT COUNCIL NO. 16,          ) No. C05-5054 JCS SC
12 GLAZIERS LOCAL 718, IUPAT, AFL-CIO,         )
                                               )
13           Petitioner,                       ) **STIPULATION AND ORDER FOR**
                                               ) **DISMISSAL**
14      v.                                     )
                                               )
15 ARCHITECTURAL GLASS CONSTRUCTION            )
   INC.,                                       )
16                                             )
             Respondent.                       )
17

18        IT IS HEREBY STIPULATED by and between the parties that the above-entitled matter

19 may be dismissed with prejudice. Each party shall bear its costs and fees.

20 Dated: March 13, 2006
                                    WEINBERG, ROGER & ROSENFELD
21                                  A Professional Corporation

22
                                    By: //S// David A. Rosenfeld
23                                       DAVID A. ROSENFELD
                                         Attorneys for Petitioner
24

25

26

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Pkwy.,
Suite 200
Alameda, CA 94503

Stipulation for Dismissal

Dated: March 15, 2006

THE MAU LAW FIRM

By: _____

Michael L. Mau
Attorneys for Respondent

ORDER

IT IS SO ORDERED.

Dated: ___4/24/06_____

111759/413862

IT IS SO ORDERED

_Samuel Conti_
Judge Samuel Conti

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Pkwy.,
Suite 200